DEBORAH M. SMITH
Acting United States Attorney

AUDREY J. RENSCHEN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: audrey.renschen@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. |
|---|---|
| Plaintiff, | ) COUNT 1: |
| vs. | ) POSSESSION OF CHILD ) PORNOGRAPHY ) Vio. 18 U.S.C. §§ |
| VERNON MEREDITH RISINGER, | ) 2252(a)(4)(B) and (b)(2) |
| Defendant. | ) |

**I N F O R M A T I O N**

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT 1

## POSSESSION OF CHILD PORNOGRAPHY

Beginning at a time unknown, but at least by on or about June 13, 2005, and up to on or about July 7, 2005, in the District of Alaska, and elsewhere, the defendant VERNON MEREDITH RISINGER, did knowingly possess one or more computer files contained in:

- Toshiba Satellite Laptop computer model #25-5487, serial number 63022295C,

- Hewlett Packard Pavilion XH545, serial number TW14324946,

- Maxtor external hard drive, serial number Y31ZNKXE,

- Hewlett Packard Pavilion 700, serial number MX22521905,

- Toshiba Satellite P35 laptop, serial number 25235129K, and

- any and all other seized computer storage media

and that within the computer files contained in that electronic media were more than 1,026 visual depictions that had been mailed, shipped, and transported in interstate and foreign commerce, and the production of those visual depictions involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and those visual depictions were of such conduct.

All of which is in violation of Title 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2).

Dated: _____		Respectfully submitted,

		DEBORAH M. SMITH
		Acting United States Attorney


		s/ Audrey J. Renschen
		AUDREY J. RENSCHEN
		Assistant U.S. Attorney
		Federal Building & U.S. Courthouse
		222 West Seventh Avenue, #9
		Anchorage, Alaska  99507
		(907) 271-5071
		(907) 271-1500 fax
		audrey.renschen@usdoj.gov