## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA     v.     VERNON MEREDITH RISINGER

THE HONORABLE JOHN W. SEDWICK     CASE NO.  3:06-cr-00023-JWS

  Deputy Clerk                     Official Recorder

  Pam Richter

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The arraignment and entry of plea in the above-referenced case are hereby scheduled to commence at 10:00 a.m. on Friday, March 24, 2006, before the Honorable John W. Sedwick.

DATE: March 6, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS:  prr
Deputy Clerk

[FORMS*IA*]