AO 83 (Rev. 12/85) Summons in a Criminal Case

**ORIGINAL**

RECEIVED
U.S. MARSHALS SERVICE
ALASKA

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

RECEIVED
MAR 1 6 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: 3:06-cr-00023-JWS |
| VERNON MEREDITH RISINGER | |
| 203 | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 271-5494 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place | Room |
|---|---|
| Federal Building - U.S. Courthouse<br>222 W. 7th Avenue<br>Anchorage, Alaska 99513 | Courtroom 3 |
| Before: Judge John W. Sedwick | Date and Time<br>Friday, March 24, 2006 at 10:00 a.m. |

To answer a(n)
[ ] Indictment  [XX] Information  [ ] Complaint  [ ] Violation Notice  [] Probation Violation Petition

Charging you with a violation of:
Title 18 United States Code, Section(s) 2252(a)(4)(B) and (b)(2)

Brief description of offense:
POSSESSION OF CHILD PORNOGRAPHY - Count 1

| Ida Romack, Clerk of Court | March 6, 2006; Anchorage, Alaska |
|---|---|
| Signature of Issuing Officer | Date and Location |
| by *[signature]* Deputy Clerk | |
| Name and Title of Issuing Officer | |

**NOTICE:** If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 550 W. 7th Avenue, Suite 1600, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]  Date: 3-15-06

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☒ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____
Served on attorney Allen Dyan, Anchorage

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 3-15-06
Date

Randy M. Johnson
Name of United States Marshal

R. [signature]
(by) Deputy United States Marshal

Remarks: defendant's attorney accepted summons

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.