MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs.  VERNON MEREDITH RISINGER   CASE NO. 3:06-cr-00023-JWS
Defendant: X Present  X On Summons

BEFORE THE HONORABLE:            JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:           ROBIN M. CARTER

UNITED STATES' ATTORNEY:         AUDREY RENSCHEN

DEFENDANT'S ATTORNEY:            ALLEN DAYAN - RETAINED

U.S.P.O.:                        TIM ASTLE

PROCEEDINGS: ARRAIGNMENT AND ENTRY OF PLEA HELD 3/24/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:03 a.m. court convened.

X Copy of Information given to defendant; read.

X Defendant sworn.

X Defendant advised of general rights.

X Defendant advised of charges and penalties.

X Defendant stated true name: same as above     DOB: 3/18/45

X Waiver of Indictment **FILED.**

X PLEA: Guilty to count 1 of the Information.

X Court accepted plea. Referred to P.O. for presentence report.

X Imposition of Sentence set for **7/6/06 at 8:30 a.m.**

X Order Setting Conditions of Release **FILED**.

At 10:52 a.m. court adjourned.


DATE: March 24, 2006         DEPUTY CLERK'S INITIALS:    Rc