AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF _Alaska_

UNITED STATES OF AMERICA

V.

Vernon meredith Risinger.

**WAIVER OF INDICTMENT**

CASE NUMBER: 3:06-cr-00023-JWS

I, _Vernon meredith Risinger_ , the above named defendant, who is accused of

Possession of child pornography in violation of
18 U.S.C. §§ 2252 (a)(4)(B) and (b)(2)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _3/24/06_ prosecution by indictment and consent that the pro-

_Date_

ceeding may be by information rather than by indictment.

_____
_Defendant_

_____
_Counsel for Defendant_

**REDACTED SIGNATURE**

Befo__ _____

John W. Sedwick; U.S. District Judge