

**RECEIPT**

DATE 3-24-2006   No. 3577

RECEIVED FROM Tim Astle USPO For Vernon Meredith Risinger
ADDRESS 2221 W 70th
Anchorage, AK 99502
DOLLARS $
FOR Passport # 159329184

| ACCOUNT | | HOW PAID | |
|---|---|---|---|
| AMT. OF ACCOUNT | | CASH | |
| AMT. PAID | | CHECK | |
| BALANCE DUE | | MONEY ORDER | |

BY [signature]

(handwritten margin: 3:06-cr-00023 JWS)