```
ALLEN N. DAYAN
745 West 4th Avenue, Suite 230
Anchorage, AK  99501
(907) 277-2330

Attorney for:
Defendant Vernon M. Risinger
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.3:06-cr-00023-JWS ) |
| VERNON M. RISINGER, | ) ) ) |
| Defendant. | ) ) |

**UNOPPOSED MOTION TO ADD THIRD PARTY CUSTODIAN**

COMES NOW, Defendant Vernon M. Risinger by and through Counsel Allen N. Dayan and hereby requests that Terry R. Risinger Sr. be added as a third party custodian. Defense Counsel spoke with U.S. Probation Officer Timothy Astle and Assistant U.S Attorney, Audrey Renschen and neither party is opposed to adding the new third party.

DATED this <u>11</u> day of April, 2006, at Anchorage, Alaska.

```
                         s/Allen N. Dayan
                         745 W. 4th Avenue, Suite 230
                         Anchorage, Alaska 99501
                         Phone: 907-277-2330
                         Fax: 907-277-7780
                         Email: dayanlaw@acsalaska.net
                         Alaska Bar No. 8811179
```

1

```
ALLEN N. DAYAN
745 West 4th Avenue, Suite 230
Anchorage, AK  99501
(907) 277-2330

Attorney for:
Defendant Vernon M. Risinger
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.3:06-cr-00023-JWS |
| ) | |
| VERNON M. RISINGER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

Defendant's Unopposed motion to add third party custodian, Terry R. Risinger Sr. is GRANTED.

DATED this _____ day of _____, 2006.

                                              _____
                                              John W. Sedwick
                                              United States District Court Judge

2

<u>Certificate of Service</u>
I hereby certify that on January 12, 2005, a copy of the foregoing Unopposed Motion to Add Third Party Custodian and Proposed Order was Electronically Served on ASUSA Audrey Renschen