```
ALLEN N. DAYAN
745 West 4th Avenue, Suite 230
Anchorage, AK  99501
(907) 277-2330

Attorney for:
Defendant Vernon M. Risinger
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>            Plaintiff,      )<br>                            )<br>    vs.                     ) No.3:06-cr-00023-JWS<br>                            )<br> VERNON M. RISINGER,         )<br>                            )<br>            Defendant.      )<br>                            ) | |

**ORDER**

Defendant's Unopposed motion to add third party custodian, Terry R. Risinger Sr. is **GRANTED**.

DATED this 13th day of April 2006.

```
                    /s/
              John W. Sedwick
              United States District Court Judge
```