ALLEN N. DAYAN
745 West 4th Avenue, Suite 230
Anchorage, AK  99501
(907) 277-2330

Attorney for:
Defendant Vernon M. Risinger

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.3:06-cr-00023-JWS |
| ) | |
| VERNON M. RISINGER, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF EXPERT TESTIMONY OF
BRUCE N. SMITH Ph.D. AT DEFENDANT'S SENTENCING**

COMES NOW the Defendant, Vernon M. Risinger, by and through his counsel Allen N. Dayan, and hereby gives notice of defendant's intention have Dr. Bruce Smith testify at defendant's sentencing.

Dr. Smith is probably the most well known sexual deviant psychologist in Alaska and has previously testified before the District Court in U.S.A. v. Brooks, A04-036 CR (JKS) as well as

U.S.A. v. Purcella, A04-036 CR (RRB) as an expert. (See Attached Curriculum Vitea.)

DATED this 26th day of June, 2006, at Anchorage, Alaska.

                                        s/Allen N. Dayan
                                        745 W. 4th Avenue, Suite 230
                                        Anchorage, Alaska 99501
                                        Phone: 907-277-2330
                                        Fax: 907-277-7780
                                        Email: dayanlaw@acsalaska.net
                                        Alaska Bar No. 8811179

                                        Allen N. Dayan

CERTIFICATE OF SERVICE
I certify that a true and
correct copy of the foregoing
was hand delivered to:

Audrey Renschen
Assistant U.S. Attorney
Federal Building, U.S. Courthouse
222 W. 7th Avenue, Room 253
Anchorage, Alaska  99513-7567

By: _____
Date: _____