Bruce N. Smith, Ph.D.

Clinical Psychology
1407 W. 31st Ave., Suite 602
Anchorage, Alaska 99503

---

Telephone (907) 272-4741
Fax (907) 272-4730

## VITA

**Licensed Psychologist**
**Alaska #0218**
**11/18/82**

**11580 Cobra Avenue**　　　　　　　　　　　　　　　　　　　　　　　　DOB: ▮
**Anchorage, Alaska 99507**
**(907) 346-8055**
**SS#:** ▮

## EDUCATION:

California School of Professional Psychology - Berkley
Ph.D. May 23, 1981 – Clinical Psychology
M.A. July 1978 – Clinical Psychology

University of Wisconsin – Madison
B.A. June 1976 – Psychology

Arizona State University
1972 – 1974 – Psychology Major

University of Grenoble – France
Fall 1971 – Language and Literature

University of Alaska – Anchorage
Spring 1970 and 1971

East Anchorage High School – Anchorage, Alaska
June 1970 – High School Diploma

1

## PROFESSIONAL EXPERIENCE:

June 1989-Present     Private Practitioner

### Forensic
Criminal and civil evaluations, expert witness testimony (CINA, Presentence evaluations, child custody, sexual abuse, domestic violence, and personal injury)

### Consultations
| | |
|---|---|
| Alaska Children's Services | 5 hrs/wk |
| Volunteers of America | 11 hrs/wk |
| Center for Psychosocial Dev. | 3 hrs/wk |
| ASETS | 2 hrs/wk |

### Evaluations - Adolescents and Adults
Charter North Inpatient Evaluations
Attorney General/Public Defendants
Kotzebue, Nome, Palmer, Anchorage
DFYS – Bethel, Anchorage, Fairbanks, Kenai
Private attorney referrals

### Psychotherapy – Adolescents and Adults
Specialties in S.A.D.; risk management in developmentally disabled populations; inappropriate sex behaviors; substance abuse; couple therapy; group therapy; stress management; and PTSD

### Organizational
| | |
|---|---|
| Alaska Clean Seas | Summer 1995 North Slope |
| Alaska Plumbers Union | Spring 1996 Anchorage |
| RCAC Scien. Adv. Board | 1994-95 Prince William Sound |

Sept. 1981-
June 1989

Langdon Psychiatric Clinic – Anchorage, Alaska
1) Senior Psychologist- responsible for hiring, supervision, and administration of psychology staff (5 Ph.D.s, 1 M.S.)

2) Program Director – Highland Mountain Sex Offender Treatment Program – administer and direct clinical delivery of 90-inmate program for incarcerated offender. Multimodal – therapeutic milieu, cognitive, behavioral, and educational interventions

2

|  |  |
|---|---|
|  | 3) Clinical outpatient, inpatient therapy; adolescent and adult assessment; individual, couple, family, and group therapy; forensic and neuropsychological evaluations; biofeedback, stress management for somatic symptoms |
| Dec. 1983 – 1988 | <u>New Lease Enterprises</u> Psychological Computer Training Services |
| Aug. 1980 – Aug. 1981 | <u>New Perspectives</u> – Larkspur, California<br>Full-time therapy position working with adolescents, young adults and their families for alcohol and substance abuse-related presenting problems; individual, couple family and group formats. Consulted with school districts, provided high school classroom education. |
| Jan. 1980 – Aug. 1980 | <u>Private Practice</u> – Navato and Berkley, California<br>Psychological Assistant. Individual and couple therapy; psychological assessments. Supervised by Betty Magers, Ph.D.<br><br><u>Kaiser Hospital Psychiatric Clinic</u> – Vallejo, California<br>Internship - three-quarter time position, providing psychotherapy and assessment for individuals, couples, families, and groups in brief and long-term therapy. Training provided in couple and family therapies, sex therapy, hypnosis and imagery, psycho diagnostics, and neuropsychology. |
| Sept. 1978 – Aug. 1980 | <u>Berkley, D.M.H.</u> – Alcohol and Drugs Services (Calif.)<br>Internship – Individual, couple, family, and group therapy with a wide range of substance abuse presenting problems. Implemented videotape and biofeedback therapies. Emphasis on co-alcoholics, family system dynamics. |
| Sept. 1977 – Aug. 1978 | <u>San Francisco General Hospital, Alternative Therapies Unit (Calif.)</u><br>Internship – Offered a wide range of psychosomatic presenting problem "alternative" therapies: hypnosis, relaxation techniques, biofeedback. Brief and long-term therapy. Specialized in Type A behavior reduction for hospital staff. Psychoanalytic supervision. |
| Sept. 1977 – Aug. 1978 | <u>San Francisco General Hospital, General Medical Clinic (Calif.)</u><br>Internship – Consultation to residents and interns on emotional issues, depression, hostility, and physical complaints with adult outpatient population. Assessment in prison, inpatient wards. Multiracial patient population. |

3

## PRIOR SUPERVISION/CONSULTATION EXPERIENCE:

| | |
|---|---|
| May 1991-<br>Sept. 1993 | Clinical Consultant to Dena A. Coy<br>Prematernal Alcohol Treatment Center |
| Jan. 1990-<br>Aug. 1990 | Developed, implemented, and directed partial hospitalization program for aggressive and behaviorally disordered adolescents |
| Sept. 1989-<br>Sept. 1992 | LifeQuest (formerly Mat-Su C.M.H.)<br>Provided weekly psychological assessments, training, consultation, supervision, and direct service psychotherapy |
| July 1988-<br>June 1989 | Clinical Associate, Department of Psychiatry<br>University of New Mexico School of Medicine |
| March 1987-<br>Present | Clinical Consultant, Alaska Human Services<br>Outpatient Substance Abuse Treatment |
| Nov. 1986-<br>Present | Clinical Consultant, Alaska Children's Services<br>Sex Offender Program |
| Oct. 1984-<br>Dec. 1988 | Clinical Consultant, Akeela House Residential and Outpatient Substance Abuse program |
| Jan. 1984-<br>June 1989 | Clinical supervisor, Washington-Alaska Medical Internship (WAMI) |
| Oct. 1984-<br>Fall 1983 | Consultant, Aleutian Pribilof Island Association (APIA) |
| 1981 | Consultation to S.F. V.A. Hospital psychology staff on hypnosis of Milton Erickson. Videotape presentations of Dr. Erickson's hypnotic techniques: Kaiser, San Francisco; Kaiser, Vallejo: CSPP-Berkley; Berkley, CMH |
| 1981 | Mt. Zion Hospital recurrent Coronary Prevention Project (RCPP) Lecturer in treatment groups on the importance of couple's interaction and the coronary health of the Type A behavior. Unpaid staff with RCPP in return for dissertation data |
| 1980 | Center-Pleasanton<br>Consultation in the design, implementation, and assessment of treatment outcome and follow-up evaluation for a county (Alameda) alcohol and drug treatment |

4

## LECTURING EXPERIENCE:

University of Laverne
Psychological Assessment, 1994 – Present
Psychopathology, 1994, 1995

University of Washington
Clinical Instructor, 2/1/84 to 6/1/89: Behavioral Medicine

University of Alaska, Anchorage, Adjunct Faculty
Department of Education:
Psy 622: Psychopathology, Fall 1991
Psy 624: Group Psychotherapy, Spring 1991-1996
WS 431: Beginning Treatment of Addictions, Spring 1989
WS 432: Advanced Treatment of Addictions, Fall 1988
Ed 332: Testing and Measurements, Spring 1984

Anchorage Community College, Adjunct Faculty
Psy 223: Introduction of Paraprofessional Counseling, Spring 1984; Fall 1984
Psy 254: Child Development, Fall 1983
Psy 102: Introduction to Psychology, Summer 1982; Fall 1982
Psy 111: Understanding Human Behavior (telecourse), Fall 1982; Spring 1983

Lecture, Division of Corrections, Adult Education at Hiland Mountain Correctional Center Human Sexuality, Spring 1983; Fall 1984

## Presentations (Selected Listing):

"The Successful Treatment of Somatic Symptoms: - invited presentation at Alaska Biofeedback Society meeting, 1982

"Biofeedback in the Treatment of Headaches" - presented at Providence Hospital Headache Conference, Spring 1982

"Treatment of the Sexual Offender in Alaska" – invited presentation at the Domestic Violence Conference, December 12, 1984

"Treatment of the Criminal Personality" – two-day workshop for Akeela House residential staff, February 28 and March 1, 1985

"Treatment of Anorexia and Bulimia" – Alaska Dietetic Association annual meeting, May 7, 1985

5

## PRESENTAIONS Continued:

"Seasonal Affective Depression" – invited address at annual Alaska Psychological Association Conference, November 23, 1985

"The Adolescent Sex Offender: Evaluation, Placement, and Treatment" – presented at 3rd Annual Mental Health Conference, May 18, 1988

"An Alaska Phenomenon: Seasonal Affective Disorder-Diagnosis and Treatment," 3rd Annual Mental Health Conference, May 20, 1988

"Profile of the Alaska Sexual Offender: Demographics, Plethysmograph, Personality" Association for the Behavioral Treatment of the Sexual Abuser, Atlanta, September 25, 1988

"Circadian Cycle Regulation: Seasonal Affective Disorder, "Bruce N. Smith, Ph.D., Aron S. Wolf, M.D., Stephen Hendricks. Monograph, 1st Annual Conference on Biobehavior and Self-regulation, 1989

Seasonal Affective Disorder/Stress Management
Barrow, Alaska, November 1994

Grief and Loss
North Slope, Alaska 1995

Boundaries on the Job
Anchorage, Alaska 1995

Risk Assessment in Co-workers (Postal Workers)
Anchorage, Alaska 1995

Annual School-Group Therapy, 1993
Annual School-Family Therapy, 1999

Prevention Symposium, November 2000
Assessment of Juvenile Chemical Dependency

## RESEARCH:

Dissertation: <u>An Interactional Approach to Coronary-Prone Individuals: Behavioral Correlates</u>

Studied the patterns of marital interactions that affect the Type A individual's ability to alter his/her behavior patterns. Data gathered through Mt. Zion Recurrent Coronary Prevention Project, Meyer Friedman, M.D., principal investigator: Ed Bourg, Ph.D., and Art Bodin, Ph.D., committee members

Masters Thesis: <u>The Effects of Tolerance for Ambiguity on the Relationship Between Life Stress and Physical Symptomatology</u>, California School of Proffesional Psychology, Berkley, June 1978

## PROFESSIONAL AFFILIATIONS:

American Psychological Association
Alaska Psychological Association: Past President
Alaska Biofeedback Society of America: Past President

## REFERENCES:

Aron Wolf, M.D., President
Langdon Psychiatric Clinic
400 Dale Street
Anchorage, Alaska 99508
(907) 561-1361

Dave Sperbeck, Ph.D.
2530 DeBarr Road
Anchorage, Alaska 99508

Susan LeGrande, Ph.D.
1407 W. 31st Avenue
Suite #602
Anchorage, Alaska 99503