ALLEN N. DAYAN  
745 West 4th Avenue, Suite 230  
Anchorage, AK  99501  
(907) 277-2330  

Attorney for:  
Defendant Vernon M. Risinger  

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.3:06-cr-00023-JWS |
| | ) |
| VERNON M. RISINGER, | ) |
| | ) |
| Defendant. | ) |

CERTIFICATE OF SERVICE

I certify that on the 26TH day of June, 2006 a copy of the NOTICE OF EXPERT TESTIMONY OF BRUCE N. SMITH Ph.D. AT DEFENDANT'S SENTENCING was electronically served Assistant United States Attorney Audrey Renschen.

DATED this 27th day of June, 2006, at Anchorage, Alaska.

s/Allen N. Dayan  
745 W. 4th Avenue, Suite 230  
Anchorage, Alaska 99501  
Phone: 907-277-2330  
Fax: 907-277-7780  
Email: dayanlaw@acsalaska.net

<u>Certificate of Service</u>
I hereby certify that on June 27, 2006, a copy of the foregoing Certificate of Service was Electronically Served on AUSA Audrey Renschen