DEBORAH M. SMITH
Acting United States Attorney

AUDREY J. RENSCHEN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: audrey.renschen@usdoj.gov

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:03-cr-023-JWS |
| | ) | |
| Plaintiff/Appellee, | ) | |
| | ) | UNOPPOSED MOTION FOR |
| v. | ) | TWO-DAY EXTENSION OF TIME |
| | ) | TO FILE SENTENCING |
| VERNON RISINGER, | ) | MEMORANDUM |
| | ) | |
| Defendant/Appellant. | ) | |
| | ) | |
| _____ | ) | **Filed on Shortened Time** |

COMES NOW the United States by and through counsel and requests a two-day extension in which to file the government's sentencing memorandum in this case. Counsel for the government had surgery the week of June 19th and will return to the office on Monday, July 3rd. There is no dispute among the parties as to the facts or the

law in this case. The undersigned has contacted defense counsel, Allen Dayan, who advised he does not oppose this request.

Based on the foregoing the government requests that its sentencing memo be due on July 3, 2006.

RESPECTFULLY SUBMITTED this 29th day of June, 2006.

DEBORAH M. SMITH
Acting United States Attorney

 s/ Audrey J. Renschen
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: audrey.renschen@usdoj.gov

Certificate of Service
I declare hereby certify that on June 29, 2006,
a copy of the foregoing was served electronically
on Allen Dayan, Esq.


  s/ Audrey J. Renschen
Assistant U.S. Attorney