IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:03-cr-023-JWS |
| | ) |
| Plaintiff/Appellee, | ) ORDER GRANTING |
| | ) UNOPPOSED MOTION FOR |
| v. | ) TWO-DAY EXTENSION OF TIME |
| | ) TO FILE SENTENCING |
| VERNON RISINGER, | ) MEMORANDUM |
| | ) |
| Defendant/Appellant. | ) |
| | ) |
| _____ | ) **Filed on Shortened Time** |

Having considered the non-opposed motion filed by the United States for a two-day extension to its sentencing memo in this case, IT IS HEREBY ORDERED that the government sentencing memo is due on Monday, July 3rd, 2006

IT IS SO ORDERED.

DATED this \_\_\_\_ day of June, 2006, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT COURT JUDGE