DEBORAH M. SMITH
Acting United States Attorney

AUDREY J. RENSCHEN
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: audrey.renschen@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-023-JWS |
| | ) | |
| Plaintiff, | ) | UNOPPOSED MOTION FOR |
| | ) | TWO-DAY EXTENSION OF |
| vs. | ) | TIME TO FILE SENTENCING |
| | ) | MEMORANDUM |
| VERNON RISINGER, | ) | |
| | ) | |
| Defendant. | ) | **Filed on Shortened Time** |
| | ) | |

COMES NOW the United States by and through counsel and requests a two-day extension in which to file the government's sentencing memorandum in this case. Counsel for the government had surgery the week of June 19th and will return to the office on Monday, July 3rd. There is no dispute among the parties as to the facts or the law in this case. The undersigned has contacted defense counsel, Allen

Dayan, who advised he does not oppose this request. Based on the foregoing the government requests that its sentencing memo be due on July 3, 2006.

RESPECTFULLY SUBMITTED this 29th day of June, 2006.

DEBORAH M. SMITH
Acting United States Attorney

s/Audrey J. Renschen
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: audrey.renschen@usdoj.gov

Certificate of Service
I declare hereby certify that on June 29, 2006,
a copy of the foregoing was served electronically
on Allen Dayan, Esq..

  s/ Audrey J. Renschen
Assistant U.S. Attorney