IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:06-cr-023-JWS |
| | ) |
| Plaintiff/Appellee, | ) ORDER GRANTING |
| | ) UNOPPOSED MOTION FOR |
| v. | ) TWO-DAY EXTENSION OF TIME |
| | ) TO FILE SENTENCING |
| VERNON RISINGER, | ) MEMORANDUM |
| | ) |
| Defendant/Appellant. | ) |
| | ) |
| _____ | ) **Filed on Shortened Time** |

Having considered the non-opposed motion filed by the United States for a two-day extension to its sentencing memo in this case, IT IS HEREBY ORDERED that the government sentencing memo is due on Monday, July 3rd, 2006.

IT IS SO ORDERED.

DATED this 30th day of June 2006, at Anchorage, Alaska.

/s/
JOHN W. SEDWICK
UNITED STATES DISTRICT COURT JUDGE