ALLEN N. DAYAN
745 West 4th Avenue, Suite 230
Anchorage, AK  99501
(907) 277-2330
dayanlaw@acsalaska.net

Attorney for:
Defendant Vernon Risinger

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 3:06-cr-023-JWS |
| | ) |
| Vernon Risinger, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING UNOPPOSED MOTION TO ACCEPT
LATE FILED SENTENCING MEMORANDUM**

Defendant's Motion to Accept late filed sentencing memorandum is GRANTED.

DATED this _____ day of _____, 2006.

_____
John W. Sedwick
United States District Court Judge

Certificate of Service
I hereby certify that on July 3rd 2006, a copy of the foregoing Unopposed Motion to Add Third Party Custodian

and Proposed Order was Electronically Served on ASUSA
Audrey Renschen and U.S. Probation Officer Timothy Astle


S/Allen N. Dayan