ALLEN N. DAYAN  
745 West 4th Avenue, Suite 230  
Anchorage, AK  99501  
(907) 277-2330  

Attorney for:  
Defendant Vernon M. Risinger  

IN THE UNITED STATES DISTRICT COURT  

FOR THE DISTRICT OF ALASKA  

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.3:06-cr-00023-JWS |
| ) | |
| VERNON M. RISINGER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

NOTICE OF FILING EXPERT REPORT OF **BRUCE N. SMITH Ph.D.**

COMES NOW the Defendant, Vernon M. Risinger, by and through his counsel Allen N. Dayan, and hereby gives notice of filing Expert report of Dr. Bruce Smith.

DATED this 5th day of July, 2006, at Anchorage, Alaska.

>s/Allen N. Dayan  
>745 W. 4th Avenue, Suite 230  
>Anchorage, Alaska 99501  
>Phone: 907-277-2330  
>Fax: 907-277-7780  
>Email: dayanlaw@acsalaska.net  
>Alaska Bar No. 8811179  

1

<u>Certificate of Service</u>
I hereby certify that on July 5, 2006, a copy of the foregoing NOTICE OF EXPERT REPORT AND ATTACHED EXPERT REPORT was Electronically Served on Audrey Renschen.
Assistant U.S. Attorney

s/Allen N. Dayan