## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

 UNITED STATES OF AMERICA    v.   VERNON MEREDITH RISINGER 

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK                                    CASE NO. 3:06-cr-00023-JWS 

Robin M. Carter 

PROCEEDINGS: **CLERK'S NOTICE**                 DATE: April 19, 2007

      In reviewing the above-referenced file, the Court finds in has possession of a passport belonging to defendant Vernon Meredith Risinger.  Any party wishing to have said item returned to him needs to file a motion to return said item with a proposed order for the Court's consideration on or before Thursday, May 3, 2007.

[CLERKNOT.CR]2/98