**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

 UNITED STATES OF AMERICA     v.     VERNON MEREDITH RISINGER 

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                                    CASE NO.   3:06-cr-00023-JWS 

 Robin M. Carter 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: May 10, 2007

On April 19, 2007, parties were advised of the Court's possession
of the above-referenced defendant's passport and were instructed
to file a motion to return said item with a proposed Order for
the Court's consideration.

No action having been taken the Finance Office is hereby directed
to destroy the passport ten (10) days after entry of this order.

[]{IA.WPD*Rev.12/96}