

## Trust Account Summary

**San Bernardino County Sheriff**
Jail Information Management System

**0704301341**
**RISINGER, VERNON MEREDITH**
**WMA**
**IN-CUSTODY**

6/18/2007 9:44 PM

| Total Deposits: | +350.00 | Total Withdrawls: | -341.06 | Balance: | $8.94 | Facility Adjust: | $0.00 |
| Medical Co-Pay: | $0.00 | Welfare Bag: | $0.00 | Jail Damage: | $0.00 | ID Card: | $0.00 |

| Date | Time | Amount | Type | Tran | Reference | Fiscal Officer | Facility |
|---|---|---|---|---|---|---|---|
| 04/26/07 | 23:08 | $0.00 | D | INTA | 04301341 | B HARRELL | 30 |
| 05/02/07 | 14:31 | $200.00 | D | MAIL | WU | S FELIX | 30 |
| 05/07/07 | 07:48 | $111.75 | W | COMM | 10739171 | | 30 |
| 05/11/07 | 07:27 | $3.00 | W | MDCP | 5/4/07 | A RIVAS | 30 |
| 05/14/07 | 07:46 | $16.71 | W | COMM | 10760842 | | 30 |
| 05/14/07 | 07:47 | $1.50 | W | WELF | 10760842 | | 30 |
| 05/21/07 | 07:16 | $28.18 | W | COMM | 10779421 | | 30 |
| 05/29/07 | 01:00 | $23.87 | W | COMM | 10801515 | | 30 |
| 06/04/07 | 07:24 | $14.30 | W | COMM | 10824020 | | 30 |
| 06/07/07 | 09:22 | $150.00 | D | MAIL | WU | M DAVIS | 30 |
| 06/11/07 | 06:37 | $65.39 | W | COMM | 10846994 | | 30 |
| 06/18/07 | 07:11 | $76.36 | W | COMM | 10869850 | | 30 |