3:07-CV-00116-JWS-JDR

Clerk
United States District Court
222 W. 7th Ave #4
Anchorage, Alaska 99513

June 21, 2007

RECEIVED
JUN 28 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Sir;

3:06cr-00023 JWS

I do request appointment of councel to advise me on this 2255 motion to Vacate, Set Aside, or Correct my sentence. I wanted to wait until I arrived at my destination F.C.I., but I am running into a time crunch to submit this before the 1 year time limit from sentencing (July 6). I am also requesting a copy of the scheduling order and the Verification of filing with case number.

I may be filing an amended 2255 after I arrive at F.C.I. Beaumont TX and have spoken to councel.

B.O.P. # 15228-006

Thankyou,
Vernon Meredith Risinger
0704301341   CDC AS-6
630 E. Rialto Ave
San Bernardino, CA 92415-0025

P.S. If I am still here - When you contact me - will you accept a collect telephone call?