Rich Curtner
Federal Defender
Averil Lerman
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>VERNON MEREDITH RISINGER,<br><br>　　　　　　Defendant. | Case No. 3:06-cr-0023-JWS-JDR<br><br>**ENTRY OF APPEARANCE** |

　　　　Rich Curtner, Federal Public Defender, enters his appearance as counsel for petitioner in the above-captioned action, and requests that copies of all future court documents and correspondence be electronically served on him or sent to Rich Curtner, Federal Defender, 601 West 5th Avenue, Suite 800, Anchorage, AK 99501.

///

///

///

///

DATED this 2nd day of August, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Rich Curtner
Federal Defender
Alaska Bar No. 8706013
/s/ Averil Lerman
Staff Attorney
Alaska Bar No. 8309092
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
rich_curtner@fd.org
averil_lerman@fd.org

Certification:

I certify that on August 2, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Audrey J. Renschen, Esq.

/s/ Rich Curtner