Rich Curtner
Federal Defender
Averil Lerman
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>VERNON MEREDITH RISINGER,<br><br>　　　　　　Defendant. | Case No. 3:06-cr-0023-JWS-JDR<br><br>**UNOPPOSED MOTION ON SHORTENED TIME FOR EXTENSION OF TIME TO SUBMIT AMENDED 28 U.S.C. § 2255 MOTION** |

　　　　Defendant, Vernon Meredith Risinger, by and through counsel Rich Curtner, Federal Defender, and Averil Lerman, Staff Attorney, requests a 45-day extension of time to file his amended application for collateral relief under 28 U.S.C. § 2255.  The deadline to file the amended motion is today, August 6, 2007.

　　　　An extension of time is necessary because Mr. Risinger is "in transit."  Counsel has only been able to talk to him once, and further communication is necessary before an amended petition can be filed.  Counsel for Mr. Risinger is still assembling case files from prior counsel,

which have been requested but not yet received. In addition, Ms. Lerman, Staff Attorney, will be on leave from August 24 through September 3, 2007.

Therefore, counsel for Mr. Risinger respectfully requests a 45-day continuance of the deadline to file his Amended 28 U.S.C. § 2255 Motion.

On August 6, 2007, Ms. Lerman contacted Assistant U.S. Attorney Audrey Renschen by phone to obtain a non-opposition. Ms. Renschen stated she was unopposed to this motion.

DATED this 6th day of August 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Rich Curtner
Federal Defender
/s/ Averil Lerman
Staff Attorney
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
rich_curtner@fd.org
averil_lerman@fd.org

Certification:
I certify that on August 6, 2007,
a copy of the *Unopposed Motion*
*on Shortened Time for Extension*
*of Time to Submit Amended*
*28 U.S.C. § 2255 Motion* was
served electronically on:

Audrey J. Renschen, Esq.

/s/ Averil Lerman