UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>VERNON MEREDITH RISINGER,<br><br>       Defendant. | Case No. 3:06-cr-0023-JWS-JDR<br><br>**PROPOSED ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION ON SHORTENED TIME FOR EXTENSION OF TIME TO SUBMIT AMENDED 28 U.S.C. § 2255 MOTION** |

After due consideration of the defendant's Unopposed Motion on Shortened Time for Extension of Time to Submit Amended 28 U.S.C. § 2255 Motion, the court GRANTS the motion.

IT IS HEREBY ORDERED that the deadline for Mr. Risinger to file his amended 28 U.S.C. § 2255 motion, presently due on August 6, 2007, is extended to _____, 2007.

DATED August _____, 2007, in Anchorage, Alaska.

_____
JOHN W. SEDWICK
UNITED STATES DISTRICT COURT JUDGE