```
Rich Curtner
Federal Defender
Averil Lerman
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant
```

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    vs.<br><br>VERNON MEREDITH RISINGER,<br><br>           Defendant. | Case No. 3:06-cr-0023-JWS-JDR<br><br>**NOTICE OF VOLUNTARY WITHDRAWAL BY DEFENDANT VERNON RISINGER OF HIS PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. §2255** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and Rule 12 of the Federal Rules Governing § 2255 Proceedings, defendant Vernon Meredith Risinger, gives notice that he voluntarily withdraws his 28 U.S.C. § 2255 "petition to vacate, set aside, or correct sentence by a person in federal custody." This withdrawal is made after consultation with counsel.

DATED this 19th day of September, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Rich Curtner
Federal Defender
/s/ Averil Lerman
Staff Attorney
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
rich_curtner@fd.org
averil_lerman@fd.org

Certification:
I certify that on September 19, 2007, a copy of the Notice of Voluntary Withdrawal was served electronically on:

Audrey J. Renschen, Esq.

/s/ Averil Lerman