UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>VERNON MEREDITH RISINGER,<br><br>            Defendant. | Case No. 3:06-cr-0023-JWS-JDR<br><br>**PROPOSED ORDER GRANTING DEFENDANT'S NOTICE OF VOLUNTARY WITHDRAWAL BY DEFENDANT VERNON RISINGER OF HIS PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2255** |

After due consideration of the defendant's "Notice of Voluntary Withdrawal of Petition for Writ of Habeas Corpus under 28 U.S.C. § 2255," this Court GRANTS the motion.

IT IS HEREBY ORDERED that Vernon Risinger's petition for writ of habeas corpus is deemed withdrawn, and this case is closed.

DATED September _____, 2007, in Anchorage, Alaska.

_____
JOHN W. SEDWICK
UNITED STATES DISTRICT COURT JUDGE